AO 91 (Rev. 08/09) Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
APR - 9 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARCUS REVILLA | ) | Case No. SA: 14-MJ-0412 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9, 2014__ in the county of __BEXAR__ in the __WESTERN__ District of __TEXAS,__ the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of Child Pornography |

Penalties: Not less than 15 years imprisonment nor more than 30 years;
Maximum fine $250,000 fine;
Not less than 5 years supervised release, and up to life;
$100 Mandatory special assessment

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

__LARRY BAKER, SPECIAL AGENT__
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/9/2014

_____
*Judge's signature*

City and state:  __SAN ANTONIO, TX__   __PAMELA A. MATHY, US MAGISTRATE JUDGE__
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Larry Baker, the Affiant herein, first being duly sworn, do state as follows:

1. Your Affiant is employed as a Special Agent with the Federal Bureau of Investigation (FBI) in San Antonio, Texas. Your Affiant has been a Special Agent with the FBI since January, 1999. Your Affiant's experiences as a Special Agent include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collection of evidence, interviewing of witnesses, use of force, firearms and other law enforcement related topics. Your Affiant is currently assigned to the FBI Cyber Crimes Unit, where he conducts investigations relating to violations of the laws of the United States as they relate to computer-related crimes.

2. The factual information supplied in this affidavit is based upon your Affiant's own investigation as well as information provided by other law enforcement officers. This affidavit does not include every fact known to me concerning this investigation. I have set forth facts that I believe establish probable cause to believe that MARCUS REVILLA (Revilla), date of birth 10/21/1969, has violated the provisions of Title 18, United States Code, Section 2251.

3. On April 9, 2014, Affiant interfaced with Sergeant Jesse Quiroga of the Edgewood Independent School District Police Department (EISDPD) regarding an investigation of Memorial High School teacher Marcus Revilla (Revilla), date of birth October 21, 1969. Sergeant Quiroga advised that the EISDPD investigation was focused on Revilla's sexual interactions with a now 16 year old Memorial High School student, Child Victim 1 (CV1). Sergeant Quiroga advised that his investigation determined that Revilla had engaged in sexual interactions with CV1 at Revilla's residence located at 122 Windsor Drive, San Antonio, Texas, and that Revilla had produced child pornography images and videos documenting these sexual interactions. Sergeant Quiroga subsequently provided the following information:

25.     CV1 was interviewed on March 27, 2014, by Sergeant Quiroga. During this inverview, CV1 advised that she had engaged in numerous sexual interactions with Revilla beginning when she was 15 years old. CV1 advised Sergeant Quiroga that some of these sexual interactions occurred at Revilla's residence in San Antonio, Texas. CV1 provided Revilla's correct residential address to Sergeant Quiroga.

26.     On March 27, 2014, Revilla was interviewed by Sergeant Quiroga. Revilla advised Sergeant Quiroga that he had engaged in sexual interactions with CV1. Revilla advised that he knew that CV1 was 15 years old when he began conducting sexual interactions with CV1.

27.     On March 27, 2014, Revilla was placed on administrative leave by Edgewood Independent School District (EISD) and was asked to depart Memorial High School. Sergeant Quiroga subsequently obtained a State of Texas arrest warrant for Revilla related to his admitted sexual interactions with CV1.

28.     On March 28, 2014, Sergeant Quiroga was contacted by the principal of the Memorial High School and told that Revilla had transmitted a text message to another Memorial High School teacher requesting that this teacher retrieve a backpack from Memorial High School that Revilla had left in Revilla's classroom. The teacher subsequently retrieved the backpack and provided it to the principal. Sergeant Quiroga subsequently took possession of the backpack and secured it at the offices of the EISDPD. Revilla was later arrested by EISDPD and initially remanded to the Bexar County Jail without bond.

29.     On April 2, 2014, representatives of EISDPD obtained a State of Texas search warrant for some of the items discovered in the backpack, to include: two Western Digital brand external hard drives. A review of one of these external hard drives by EISDPD personnel revealed that this device contained 4 digital images of CV1 with a penis inserted into her mouth as well as approximately 11 nude images of CV1.

30.     On April 2, 2014, CV1 was interviewed by Sergeant Quiroga. CV1 advised that Revilla had produced numerous videos and digital images of CV1 in a nude state and/or engaged in sexual interactions, to include intercourse, with Revilla. Sergeant Quiroga allowed CV1 to examine the above detailed images. CV1 advised that these images were manufactured by Revilla and depict CV1 in a nude state and/or performing oral sex on Revilla. CV1 advised Quiroga that these images were manufactured in Revilla's bedroom at his residence at 122 Windsor Drive, San Antonio, Texas. CV1 advised Quiroga that the images were manufactured in September or October of 2013 when CV1 was 15 years old. CV1 advised that Revilla utilized a cellular telephone to manufacture some of these child pornography images and videos depicting CV1.

31.     On April 9, 2014, Affiant reviewed some of the child pornography images depicting CV1 that were found on the Western Digital external hard drive that was reviewed by Sergeant Quiroga. (A complete review of these images by Affiant was not possible at this time due to issues with the equipment used for this review.) One of the images reviewed by Affiant depicts CV1 with an adult male penis placed in her mouth. Sergeant Quiroga advised Affiant that CV1 was previously shown this image by Sergeant Quiroga and CV1 advised that the image depicted CV1 performing oral sex on Revilla in Revilla's residence.

32.     On April 9, 2014, Affiant reviewed the exterior of the Western Digital external hard drive that was identified as the device containing the image of CV1 performing oral sex on Revilla. Affixed to the device is a sticker advising that the external hard drive is a "Product of Thailand."

34.     On April 9, 2014, FBI Taskforce Officer and Bexar County Sheriff's Office Investigator Shawn Tobleman (TFO Tobleman) contacted the Bexar County Jail regarding the status of Revilla. TFO Tobleman was advised by Bexar County Jail representatives that Revilla had posted bond and was pending release from their facility. These representatives further advised that a cellular telephone that was in possession of Revilla at the time he entered the Bexar County Jail had been released to Revilla's mother, a female named Cecila Garza.

18.     Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that MARCUS REVILLA, did knowingly use, persuade, induce, entice and coerce a minor, CV1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251.

_____
Larry Baker, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this __9TH__ day of April, 2014.

_____
PAMELA A. MATHY
U.S. MAGISTRATE JUDGE