UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | § | CRIM NO. |
|---|---|---|
| Plaintiff, | § | |
| | § | **I N D I C T M E N T** |
| V. | § | |
| | § | Violations: |
| | § | 18 U.S.C. §2251(a), |
| MARCUS REVILLA, | § | Production of Child Pornography |
| | § | - Count 1 |
| Defendant. | § | 18 U.S.C. §2252(a)(2), |
| | § | Receipt of Child Pornography |
| | § | - Count 2 |
| | § | 18 U.S.C. §2252(a)(4)(B), |
| | § | Possession of Child Pornography |
| | § | - Count 3 |

SA14CR0356 DAE

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 2251(a)]

Beginning on or about September 2013, and continuing through on or about March 2014, within the Western District of Texas, the Defendant,

**MARCUS REVILLA,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct and which visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
[18 U.S.C. § 2252(a)(2)]

Beginning on or about September 2013, and continuing through on or about March 2014, within the

Western District of Texas, the Defendant,

**MARCUS REVILLA,**

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT THREE
[18 U.S.C. § 2252(a)(4)(B)]

Beginning on or about March 26, 2014, within the Western District of Texas, the Defendant,

**MARCUS REVILLA,**

did knowingly possess material, specifically, a Western Digital external hard drive, which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor, and which had been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
BETTINA J. RICHARDSON
Assistant United States Attorney